**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cr-00235-JAD-NJK |
| ) | |
| vs. ) | ORDER SETTING STATUS CONFERENCE |
| ) | |
| JUAN RAMIREZ-ROJAS, ) | |
| ) | (Docket No. 19) |
| Defendant(s). ) | |
| ) | |

Pending before the Court is a motion for a status conference filed by Defense counsel. Docket No. 19. The Court hereby **SETS** a status conference for February 2, 2015, at 1:00 p.m., in Courtroom 3C. Defendant and counsel must be present.

IT IS SO ORDERED.

DATED: January 26, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge